# JOHN J. SMITH, JR.

Attorney at Law
762 Broadway
Bayonne, New Jersey 07002

Phone: (201) 858-3153          Fax: (201) 858-7144
E-Mail Address: Jacksmithjresq@gmail.com

Admitted to the U.S. Federal Claims Bar                    Admitted to the New Jersey Bar

March 8, 2018

<u>Via ECF</u>

Honorable Judge Madeline Cox Arleo
U.S. District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room MLK 4A
Newark, NJ 07101

RE:   Smith vs. Keer & Heyer et als.
      Civil Case No.: 2:17-cv-12460-MCA-MAH
      Hudson County Docket No.: HUD-L-2941-17
      **Motion for Summary Judgement returnable March 19, 2018**

Dear Judge Cox-Arleo:

We are in receipt of Defendant Keer & Heyer's Motion for Summary Judgment filed on or about February 22, 2018. With the consent of our adversary we are requesting a one month adjournment. I am presently out on disability and have been since the end of January and have been unable to respond to this Motion.

*[Handwritten notation: So ordered / MCArlo / 3-19-18]*

Respectfully submitted,

John J. Smith, Jr.

Conchita Smith

JS/kmb

CC:   Dante C. Rohr, Esq., Marshall, Dennehey, Warner, Coleman & Goggin, P.C.
      John R. Vales, Esq., Dentons US LLP